PACKAGE CONFIRMATION NUMBER (located on your Submission Confirmation **#M8RLR**):

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

**Name of Debtor(s):** Benjamin Seth Nachimson

**CASE NO.:** 24-10087NB
**CHAPTER:** 13

*JAN - 8 2024*
*CLERK U.S. BANKRUPTCY COURT*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY: _____ Deputy Clerk*
**Debtor(s)**

# eSR
## DECLARATION REGARDING ELECTRONIC FILING
### (SELF-REPRESENTED INDIVIDUAL)

1. I(we) have completed the following documents using the Court's Electronic Submission program for self-represented debtors (eSR) (check all that apply):

   [X] Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101)

   [ ] Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

   [ ] Statement of Financial Affairs (Official Form 107)

   [ ] Chapter 7 Individual Debtor's Statement of Intention (Official Form 108)

   [ ] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1)

   [ ] Chapter 7 Statement of Current Monthly Income (Official Form 122A-1)

   [ ] Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-Supp) (if applicable)

   [ ] Chapter 7 Means Test Calculation (Official Form 122 A-2) (if applicable)

   [ ] Chapter 13 Statement of Your Disposable Income (Official Form 122C-2) (if applicable)

**FILED JAN - 8 2024**
*CLERK U.S. BANKRUPTCY COURT*
*CENTRAL DISTRICT OF CALIFORNIA*
*Deputy Clerk*

2. Declaration of Petitioner:

   a. To be completed in all cases.

I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my (our) knowledge and belief; and 3) I(we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court for the Central District of California. I (we) further declare under penalty of perjury that I (we) have completed and signed a Statement About Your Social Security Number(s) (Official Form 121) and provided the signed original(s) to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

   b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under a chapter 13

   [X] I(we) am (are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 13 and I(we) request relief in accordance with chapter 13

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105.

| 1/8/2024 | Benjamin Nachimson | | *(signature)* |
|---|---|---|---|
| Date | Debtor's Name | | Debtor's Signature |
| Date | Joint Debtor's Name | | Joint Debtor's Signature |