**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors and ZOOM Meeting ID

| IN RE:<br><br>Benjamin Seth Nachimson<br><br><br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: LA24-10087-NB<br><br>**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**<br><br>DATE:     February 9, 2024<br>TIME      11:00 am<br><br>PLACE:    **CONDUCTED REMOTELY THROUGH ZOOM**<br>          ZOOM MEETING ID :**89537512930** |
|---|---|

**PLEASE TAKE NOTICE THAT** the previously scheduled §341(a) MEETING OF CREDITORS will now occur remotely via Zoom.  Zoom can be downloaded and accessed through your phone, tablet or laptop.  <u>VIDEO AND AUDIO APPEARANCE IS REQUIRED</u>.

| ZOOM MEETING INFORMATION |
|---|

**DATE**:February 9, 2024  11:00 am  **MEETING ID** :89537512930      *Passcode Not Required*

### MANDATORY DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the following mandatory documents to their Bankruptcy Attorney prior to the remote 341(a) Meeting of Creditors:

- **Picture of your Social Security Card**
- **Picture of your Driver's License**
- **Evidence of your Bankruptcy Plan Payments**
- **Other Required Documents**

Debtor attorneys can upload the required documents to the Chapter 13 Trustee on The Attorney Portal at LATrustee.com. Debtor attorneys must register online to use The Attorney Portal.  For more information, contact support@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE MANDATORY DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

**Dated:  <u>1/24/24</u>**

_____
**Kathy A. Dockery**
**Chapter 13 Trustee**